UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF LOUISIANA

IN RE: *COREY JOSEPH*                                             CASE #15-20020-LC13

## AMENDED CHAPTER 13 PLAN

1. The future earnings or other future income of the debtor (s) are submitted to the supervision and control of the court and the debtor (s) or the debtor (s) employer (s) shall pay to the trustee the sum of $846.00 per month for 12 months, then $1,050.00 per month for remaining months.

    60  MONTH PLAN

The priority payments to secured creditors with allowed claims as follows:

The priority payments required by 11 U.S.C. 1326     Trustee -5%; on regular mortgage payment- 10%; on other debt
    David J Williams - $3,040.00 to be paid in preference to ALL CREDITORS

After the above payments, payments to secured creditors with allowed claims as follows:

Debtor will make the regular mortgage payment to American Home Mortgage (Ocwen) of $1,057.52 each month outside of his plan of reorganization.

The trustee will pay the pre petition arrearage to Ocwen, calculated through the filing date of this bankruptcy of January 13, 2015, of $6,665.05

The trustee will make the regular  mortgage payment to Citimortgage beginning April, 2015 of $476.54 and then $528.28 per month beginning May, 2015.

Citimortgage (pre petition arrearage) $10,671.17

Citimortgage (February & March, 2015) $476.54 x 2= $953.03;

Chase Auto Finance (secured portion) $2,611.64 + 5%;

The claim of Chase is subject to valuation. The trustee will pay the proof of claim  secured value or the amount of the claim whichever is lower.

The above listed holders of secured claims shall retain the liens securing such claims until the earlier of (a) the payment of the underlying debt determined under non bankruptcy law or (b) discharge under 11 U.S.C. 1328.

DEBTOR WILL KEEP ALL SECURED ITEMS FULLY INSURED. DEBTOR PLEDGES HIS TAX INCOME TAX REFUNDS TO THE TRUSTEE FOR THE FIRST THREE YEARS OF THE PLAN.

UNSECURED CREDITORS WILL BE PAID AFTER THE PRIORITY AND SECURED CLAIMS LISTED ABOVE. IT IS ESTIMATED THAT THE UNSECURED CREDITORS WILL RECEIVE 100% OF THEIR CLAIMS WITHOUT INTEREST OVER A 60 MONTH PERIOD.

/s/ COREY JOSEPH